IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUCRECIA J. HOCKADAY, | § § § | |
| *Plaintiff*, | § § | 5-18-CV-01018-FB-RBF |
| vs. | § § § | |
| NATIONAL CREDIT ADJUSTERS, L.L.C., | § § § § | |
| *Defendant*. | § | |

**<u>SCHEDULING ORDER</u>**

The above-styled and numbered cause of action was referred to the undersigned on December 18, 2018, for all pretrial proceedings pursuant to 28 U.S.C. § 636(b) and Rules CV-72 and Appendix C to the Local Rules for the United States District Court for the Western District of Texas. *See* Dkt. No. 12. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the following Scheduling Order is issued to control the course of this case:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **June 25, 2019**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **February 27, 2019**, and each opposing party shall respond, in writing, by **March 13, 2019**.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by **April 9, 2019**.

4. All parties asserting claims for relief shall file their designation of testifying experts, and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **June 25, 2019**. Parties resisting claims for relief shall file their designation of testifying experts

and shall serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by **July 25, 2019**. All rebuttal experts shall be designated within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, by the later of within **11 days** of receipt of the written report of the expert's proposed testimony or within **11 days** of the expert's deposition, if a deposition is taken.

6. The parties shall complete all discovery on or before **November 28, 2019**. Counsel may by agreement continue discovery beyond the deadline, *but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery*.

7. All dispositive motions as defined in Local Rule CV-7(c) shall be filed no later than **January 15, 2020**. Dispositive motions and responses to dispositive motions shall be limited to 20 pages in length. Replies, if any, shall be limited to 10 pages in length in accordance with Local Rule CV-7(f).

8. The trial date will be determined at a later date by the Court. The parties shall consult Local Rule CV-16(e)-(g) regarding matters to be filed in advance of trial. At the time the trial date is set, the Court will also set the deadline for the filing of matters in advance of trial.

9. If at any time during the pendency of this lawsuit, you would like to consent to the trial of your case by a United States Magistrate Judge, please indicate your consent on the attached form or request a form through the Clerk's Office. If all parties consent to trial of this

case by a United States Magistrate Judge, the District Court may enter an order referring the case to a United States Magistrate Judge for trial and entry of judgment.

**IT IS SO ORDERED**.

SIGNED this 15th day of February, 2019.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUCRECIA J. HOCKADAY, | § § § | |
| *Plaintiff*, | § § | 5-18-CV-01018-FB-RBF |
| vs. | § § § | |
| NATIONAL CREDIT ADJUSTERS, L.L.C., | § § § § | |
| *Defendant*. | § § | |

**CONSENT TO PROCEED TO TRIAL BEFORE**
**A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of judgment. Any appeal shall be taken to the United States Court of Appeals for this judicial circuit, in accordance with 28 U.S.C. § 636(c)(3).

_____     By:_____
Party                                                                Attorney

_____     By:_____
Party                                                                Attorney

_____     By:_____
Party                                                                Attorney

APPROVED this the _____ day of _____, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE